**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-2193

JAMES W. HOCKADAY,

Plaintiff - Appellant,

versus

LES BROWNLEE, Acting Secretary of the Army,
Department of the Army; JOSEPH P. HILL; NELSON
A. CROSS; JOHN V. GUENTHER, Lieutenant
Colonel; EDWARD D. MILLER, JR., Commander,
Fort Monroe,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Newport News.  Rebecca Beach Smith,
District Judge.  (CA-03-149-4)

Submitted:  January 27, 2005          Decided:  February 1, 2005

Before LUTTIG and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

James W. Hockaday, Appellant Pro Se.  George Maralan Kelley, III,
Assistant United States Attorney, Norfolk, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James W. Hockaday appeals the district court's order dismissing his employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Hockaday v. Brownlee, No. CA-03-149-4 (E.D. Va. July 19, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED